IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LYNDA P. JOHNSON                                PLAINTIFF

       v.          Civil No. 04-4100

LAFAYETTE COUNTY
SCHOOL DISTRICT                                DEFENDANT

**JUDGMENT**

For the reasons recited within a memorandum opinion of even date, judgment is hereby rendered in defendant's favor and plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED this 4th day of November 2005.

                                             /S/JIMM LARRY HENDREN
                                             JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE